UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PHILLIP SULLIVAN JR, *on behalf of himself and
all others similarly situated,*

Plaintiff,

-against-

SIGHTLINE MEDIA GROUP, LLC,

Defendant.

Case No.: 17-CV-07462

**STIPULATION OF
VOLUNTARY DISMISSAL
PURSUANT TO F.R.C.P.
41(A)(1)(A)(II)**

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and their respective

counsel that the above-captioned action is voluntarily dismissed, with prejudice, against

Defendant, SIGHTLINE MEDIA GROUP, LLC, pursuant to the Federal Rule of Civil Procedure

41(a)(1)(A)(ii), with the parties to bear responsibility for their respective fees and costs.

For the Defendant:

By: _____
William A. Delgado, Esq.
Willenken Wilson Loh & Delgado LLP
707 Wilshire Boulevard, Suite 3850
Los Angeles, CA 90017
Telephone: (213) 955-9240
wdelgado@willenken.com

Date: 1/29/18 _____

For the Plaintiff:

By: _____
C.K. Lee, Esq.
Lee Litigation Group, PLLC
30 East 39th Street, 2nd Floor
New York, NY 10016
Telephone: (212) 465-1188
cklee@leelitigation.com

Date: 1 | 29 | 18 _____

SO ORDERED

_____
U.S.D.J.